**MICHAEL COSENTINO, SBN 83253**
Attorney at Law
P.O. Box 129
Alameda, CA 94501

**Telephone:** (510) 523-4702
**Facsimile:** (510) 747-1640

Attorney for the Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. **CV11-2306 SLM** |
| Plaintiff, | **NOTICE OF NON SERVICE OF ORDER OF EXAMINATION** |
| v. | |
| **CHARLES K. BIXBY**, | |
| Defendant. | |

To the Clerk of the above-entitled court:

**NOTICE IS HEREBY GIVEN THAT** the Order of Examination of the above entitled defendant set for hearing on May 16, 2014, at 9:00 AM, in Courtroom G, of the above entitled court, was not served on the defendant; accordingly, the matter should be removed from the court calendar.

Dated: May 15, 2014

/s/
MICHAEL COSENTINO
Attorney for Plaintiff
United States of America

Dated: 5/16/14

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA